CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Russell Handy, Esq., SBN 195058
Amanda L. Seabock, Esq. SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>    Plaintiff,<br><br>  v.<br><br>**Simon Chang**, in individual and representative capacity as trustee of The Chang/Yu Family Trust U.D.T dated April 11, 2006; **Yik Lin Yu**, in individual and representative capacity as trustee of The Chang/Yu Family Trust U.D.T dated April 11, 2006; **Redwood Inn LLC**, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | **Case No**. 3:19-CV-00268-JCS<br><br>**Notice of Change of Address for Plaintiff's Counsel** |

1

Declaration of Handy                                           3:19-CV-00268-JCS

1  Please be aware that the Center for Disability Access is moving from 9845
2  Erma Road, Ste 300, San Diego, CA 92131 to 8033 Linda Vista Road,
3  Suite 200, San Diego, CA 92111. Although the move will be done in
4  phases over many months, mail should be sent to the new address. All
5  other information, including phone numbers remain the same.

7  Dated: September 20, 2019   CENTER FOR DISABILITY ACCESS
                                          /s/ Amanda Lockhart Seabock
                                By:_____
                                Amanda Lockhart Seabock, Esq.
                                Attorneys for Plaintiff