1 CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
2 Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
3 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
4 (858) 375-7385
(888) 422-5191 fax
5 phylg@potterhandy.com
Attorneys for Plaintiff

6
RICHARD MORIN (SBN: 285275)
7 legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
8 555 Capitol Mall, Suite 750
Sacramento, CA 95814-4508
9 Telephone: (916) 333-2222
Facsimile: (916) 273-8956
10 Attorney for Defendants
Simon Chang, Yik Lin Yu and Redwood Inn LLC

11          UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA

13 SCOTT JOHNSON,                      ) Case No.: 3:19-CV-00268-JCS
                                       )
14     Plaintiff,                      ) **JOINT STIPULATION FOR**
                                       ) **DISMISSAL PURSUANT TO**
15   v.                                ) **F.R.C.P. 41 (a)(1)(A)(ii)**
                                       )
16 SIMON CHANG, in individual and      )
   representative capacity as trustee of The )
17 Chang/Yu Family Trust U.D.T dated April )
   11, 2006;                           )
18 YIK LIN YU, in individual and       )
   representative capacity as trustee of The )
19 Chang/Yu Family Trust U.D.T dated April )
   11, 2006;
20 REDWOOD INN LLC, a California
   Limited Liability Company; and Does 1-
21 10,

22     Defendants.

23     Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the

24 parties hereto that this action may be dismissed with prejudice as to all parties; each

25 party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the

26 matter has been resolved to the satisfaction of all parties.

27

28

Dated: October 02, 2019    CENTER FOR DISABILITY ACCESS


By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff


Dated: October 02, 2019    LAW OFFICE OF RICK MORIN, PC


By: /s/ Richard Morin
Richard Morin
Attorneys for Defendants
Simon Chang, Yik Lin Yu and Redwood Inn LLC

Dated: 10/2/19

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable Richard Morin, counsel for Simon Chang, Yik Lin Yu and Redwood Inn LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: October 02, 2019         CENTER FOR DISABILITY ACCESS

                                By: /s/ Amanda Lockhart Seabock
                                _____Amanda Lockhart Seabock
                                     Attorneys for Plaintiff